

# Fourth Court of Appeals
## San Antonio, Texas

August 23, 2019

No. 04-18-00865-CV

**IN RE THE COMMITMENT OF M.A.C.**,

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI23282
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

On July 17, 2019, we abated this *Anders* appeal to the trial court for appointment of new counsel to prepare and file an appellant's brief on the merits. A supplemental clerk's record containing the trial court's order appointing Judith Wemmert as new counsel was filed on August 16, 2019. It is ORDERED that this appeal is REINSTATED on the docket of this court and that appellant's brief is due on or before September 23, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court